UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:26-cr-00598-MCS Date: 9/25/2026

Present: The Honorable: Stephanie S. Christensen, United States Magistrate Judge

Interpreter N/A Language N/A

| Teagan Snyder | CS 09/25/2026 | Sandrine Magloire/Chris Bulut |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present Released on Bond

Darwin Jonathan Rivera-Flores

Attorneys for Defendants: ✔ Present DFPD

Howard Shneider

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Mark C. Scarsi.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 11/17/2026 8:30 AM;
Status Conference: 11/9/2026 3:00 PM
* Government counsel provides trial estimate of 3-4 days.
* The parties are referred to Judge Scarsi's Procedures and Schedules to obtain a copy of the judge's criminal standing order located on the Court's website at www.cacd.uscourts.gov. Judge Scarsi is located in 7C, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA, PSAED, PSASA, USMLA, USMED, USMSA, Statistics Clerk, Interpreter, CJA Supervising Attorney, Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 03

**Initials of Deputy Clerk:** TS BY TRB