# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

USA

Plaintiff(s),

v.

DARWIN JONATHAN RIVERA−FLORES

Defendant(s).

CASE NUMBER:

2:26−cr−00598−MCS

**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed: 9/29/2026

Document No.: 22

Title of Document: NOTICE OF MOTION AND MOTION to Dismiss Case , NOTICE OF MOTION AND MOTION to Disqualify Counsel as to Bilal A. Essayli Filed by Defendant Darwin Jonathan Rivera−Flores.

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Hearing information is missing, incorrect, or untimely.

No Proposed order for the relief sought. No hearing date on filing nor set on Judge's motion hearing calendar ( refer to footnote 1 "this motion should be held in abeyance until Judge Seabright rules on the corresponding, pending motion om 5:25−cr−264".

Other:

**Note: In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 30, 2026

By: */s/ Linda Chai Linda_Chai@cacd.uscourts.gov*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**