TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
MICHAEL G. WHEAT (Cal. Bar No. 118598)
MINJAE KIM (Cal. Bar No. 344110)
Assistant United States Attorney
Orange County Office
8000 United States Courthouse
411 West 4th Street
Santa Ana, California 92701
Telephone: (213) 894-7418
E-mail: michael.wheat@usdoj.gov
minjae.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARWIN JONATHAN RIVERA-FLORES,<br><br>Defendant. | No. 2:26-cr-00598-MCS-1<br><br>JOINT STATUS REPORT |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Michael G. Wheat and Minjae Kim and defendant DARWIN JONATHAN RIVERA-FLORES, by and through his counsel of record, Howard Shneider and James A. Flynn, having met and conferred on October 8, 2026, file this Joint Report based on the Court’s Standing Order for Criminal Cases.

## I. Status of Discovery

Pursuant to this Court's Criminal Standing Order, the government produced and made available to defendant discovery within its possession on September 29, 2026. To date, the government has produced evidence including law enforcement reports, body camera footage, text messages, arrest warrant, search warrants, online voter registration record, and criminal history of the defendant. The government anticipates producing the remainder of the discovery, if/when any more information is obtained.

## II. Discovery Disputes

The defense anticipates filing a motion to compel certain categories of discovery. From the defense's perspective, there is still outstanding discovery related to how and why the voter registration fraud investigation began, whether Agent Kuzma received any potentially erroneous voter registration data from DHS, and whether there is outstanding Henthorn material related to Agent Kuzma, as well as other categories of missing discovery. The government maintains that it has fully complied with its discovery obligations under the law and produced all requested materials. The defense intends to file a motion to compel after completing a meet-and-confer process with the government. In addition, each party reserves the right to raise issues as they arise.

## III. Anticipated Pretrial Motions

The parties currently anticipate potential pretrial motions regarding 404(b) evidence produced to the defense. In addition, each party reserves the right to raise issues as they arise and are evaluating them on an ongoing basis.

//

## IV. Trial Date

The parties anticipate that trial will proceed on November 17, 2026, unless the Court stays the case pending resolution of defendant's motion to dismiss docketed. See Dkt. 23.

## V. Anticipated Length of Trial

If this case proceeds to trial, the parties expect the trial to last approximately two to three days.

Dated: October 9, 2026

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
MICHAEL G. WHEAT
MINJAE KIM
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: October 9, 2026

/s/ with email authorization
HOWARDD SHNEIDER
JAMES A. FLYNN
Deputy Federal Public Defenders

Attorneys for Defendant
DARWIN JONATHAN RIVERA-FLORES

*Local Civil Rule 5-4.3.4 Attestation: I attest that all other signatories listed concur in the filing's content and have authorized the filing.