TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
MICHAEL G. WHEAT (Cal. Bar No. 118589)
MINJAE KIM (Cal. Bar No. 344110)
Assistant United States Attorney
Orange County Office
United States Courthouse
411 West 4th Street, Suite 8000
Santa Ana, California 92701
Telephone: (213) 894-7418
E-mail: michael.wheat@usdoj.gov
minjae.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARWIN JONATHAN RIVERA-FLORES,<br><br>Defendant. | No. 2:26-cr-598-MCS<br><br><u>JOINT STIPULATION TO CONTINUE PRE-TRIAL BRIEFING SCHEDULE</u><br><br>Trial Date: November 17, 2026<br>Hearing Time: 8:30 a.m.<br>Location: Courtroom of the Hon. Mark C. Scarsi |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Michael G. Wheat and Minjae Kim, and defendant DARWIN JONATHAN RIVERA-FLORES, by and through his counsel of record Deputy Federal Public Defenders Howard Shneider, James A. Flynn, and Daniel Lee, hereby submit as follows:

//

//

//

1. The indictment in this case was filed on September 16, 2026. Defendant first appeared before a judicial officer of the court in which the charge in this case was pending on September 25, 2026.

2. On September 25, 2026, the Court set a trial date of November 17, 2026, a status conference date of November 9, 2026, and a motion schedule as follows:

a. Motions and other pretrial filings detailed in the Court’s standing order under the Trial Requirements section due October 26, 2026;

b. Oppositions to motions due November 2, 2026; and

c. Optional replies to motions due November 6, 2026.

3. While not currently requesting to continue the trial date, the parties are currently considering alternative resolutions to trial and are working toward a potential resolution prior to motions practice.

4. In the event the parties fail to reach a resolution, the parties currently anticipate only limited motions practice. At this stage the government intends to file a motion in limine to admit 404(b) evidence and the defense intends to file a motion to compel additional discovery. The parties do, however, reserve the right to file additional motions.

5. Based on the above, the parties believe that there is good cause to continue the pretrial motion and filing deadlines.

6. By this stipulation, the parties respectfully request that the pre-trial motions deadline be continued as follows:

a. Motions and other pretrial filings detailed in the Court's standing order under the Trial Requirements section due October 30, 2026;

b. Oppositions to motions due November 4, 2026; and

c. Optional replies to motions due November 6, 2026.

Dated: October 26, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
MICHAEL G. WHEAT
MINJAE KIM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/ (with email authorization)
HOWARD SHNEIDER
DANIEL T. LEE
JAMES A. FLYNN

Attorneys for Defendant
DARWIN JONATHAN RIVERA-FLORES