# EXHIBIT E

Shirley N. Weber, Ph.D.
California Secretary of State

# My Voter Status

## Personal Information

First name **DARWIN**

Last name **RIVERA**

Status **ACTIVE**

Your preferred language to receive election material is **ENGLISH**

Address where you are registered to vote [redacted]

Your political party preference is **DEMOCRATIC**

Vote-by-Mail in All Elections All active registered voters will be mailed a vote-by-mail ballot for every election. If you want to vote in person, you must turn in your vote-by-mail ballot, or you may be required to vote a provisional ballot.

You can track the status of your vote-by-mail ballot.
**Sign up for ballot tracking (http://wheresmyballot.sos.ca.gov/)**.

You are registered to vote in **LOS ANGELES COUNTY**

County website: **http://www.lavote.net/ (http://www.lavote.net/)**

County phone: **800-815-2666**

Voters have the option to receive important election information by email. To add or verify your email address please review the **Email Contact Information** section below.

To change your voter information, please **re-register to vote** (http://registertovote.ca.gov/).

## Voting History

If you voted in an election, you can see if you voted at a polling place, vote center, voted by mail, or cast a provisional ballot.

If you do not see a recent election that you voted in, it may be because your county has not yet sent information about your ballot to the Secretary of State. Counties have up to 60 days after the election to provide this information to the Secretary of State.

Please note that any voting history prior to the November 6, 2016, General Election is not displayed on this website.

For the most up-to-date status, please contact your county elections office or use their online ballot status tool:
**http://www.sos.ca.gov/elections/ballot-status/** (http://www.sos.ca.gov/elections/ballot-status/)

**Voting history is provided by your county. We do not currently have any voting history for you.**
**Counties have up to 60 days after the election to provide this information to the Secretary of State.**
**If you believe this is in error, please contact your county elections office (http://www.sos.ca.gov/elections/voting-resources/county-elections-offices).**

## Upcoming Elections and Vote Locations

Please visit our website for more information on the **upcoming elections** (http://www.sos.ca.gov/elections/upcoming-elections).

## Election Materials

This page allows you to change how you would like to receive your state and county voter information guides. If you would like to make additional changes, please **re-register to vote** (http://registertovote.ca.gov/).

I want to get my state voter information guide before each statewide election by **MAIL**

I want to get my county voter information guide before each statewide election by **MAIL**

## State Voter Information Guide

I want to get my state voter information guide by mail before each statewide election *

◉ Yes ○ No

## County Voter Information Guide

I want to get my county voter information guide by mail before each election. *

◉ Yes ○ No

## Voter Preferences

My preferred language to receive election materials is ENGLISH

Other Language (specify):

## Email Contact Information

If you've signed up to receive your Remote Access Vote-by-Mail ballot or Voter Information Guide(s) electronically please provide an email. Elections officials will also use this email to send you any updates on election information.

Email Address

Confirm Email Address

| Update Your Email Address | | Delete |
|---|---|---|
| Email Address | [redacted] | ☐ |

If you believe this is in error, contact your **county elections office** **(http://www.sos.ca.gov/elections/voting-resources/county-elections-offices)**. To change your registration information, **re-register to vote** **(http://registertovote.ca.gov/)**.

California Secretary of State **elections@sos.ca.gov** **(mailto:elections@sos.ca.gov)** or **Phone: (800) 345-8683** **(tel:8003458683)**