UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:26-cr-00598-(A)-MCS Date: 11/9/2026

Present: The Honorable: Charles F. Eick, United States Magistrate Judge

Interpreter N/A Language N/A

| Bea Martinez | CS 11/09/2026 | Minjae Kim |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s) ✔ Present Released on Bond

Darwin Jonathan Rivera-Flores

Attorneys for Defendants: ✔ Present DFPD

Howard Shneider

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Appointment of Counsel** **Initial Appearance**

* Defendant states true name is the name on the Superseding Information.
* Defendant is arraigned under name on the Superseding Information.
* Defendant acknowledges having read the Superseding Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* This case is assigned to Judge Mark C. Scarsi.
* It is ordered that the following date(s) and time(s) are set: Status Conference: 11/9/2026 2:00 PM
* Counsel are ordered to contact the court clerk regarding the setting of dates for the guilty plea and all further proceedings. Judge Scarsi is located in 7C, Los Angeles - Felicitas and Gonzalo Mendez United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA, USMLA, Statistics Clerk, CJA Supervising Attorney, PSAED, USMED, PSASA, USMSA, Interpreter, Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 02

**Initials of Deputy Clerk:** BM by TRB